# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SOUTH PARK VENTURES, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2:17-cv-373 |
| v. ) | |
| ) | District Judge Nora Barry Fischer |
| JOHN JACK, NOBLE ZICKEFOOSE, ) | Magistrate Judge Robert C. Mitchell |
| and TERRY CLARK, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM ORDER

The present action was initiated in this Court on March 23, 2017 and was referred to Magistrate Judge Robert C. Mitchell for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Local Rules of Court 72.C and 72.D. On May 2, 2017, the above-captioned Defendants filed the pending Motion to Transfer and Brief in Support, seeking to have the case transferred to the United States District Court for the Southern District of Ohio, Eastern Division pursuant to 28 U.S.C. § 1404(a). (Docket Nos. 8 *Errata* 11, 9). Plaintiff filed a Brief in Opposition to Defendants' Motion on May 30, 2017, (Docket No. 16), and Defendants filed a Reply Brief on June 13, 2017. (Docket No. 13). On August 28, 2017, Magistrate Judge Mitchell issued a Report & Recommendation ("R&R") that recommended granting Defendants' Motion to Transfer. (Docket No. 24). Service of the R&R was made on all parties.

The parties were informed that objections to the R&R were due by September 11, 2017 and that failure to timely file same will waive the right of appeal. To date, no objections have been filed and the time to do so has expired. Accordingly, after a *de novo* review of the pleadings and documents in this case, together with the R&R, the following order is entered:

1

IT IS HEREBY ORDERED that the R&R [24] of Magistrate Judge Robert C. Mitchell is hereby adopted as the opinion of the district court;

IT IS FURTHER ORDERED that the Defendants' Motion to Transfer [8] *Errata* [11] is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court shall transfer this action to the United States District Court for the Southern District of Ohio, Eastern Division FORTHWITH.

*/s/ Nora Barry Fischer*
Nora Barry Fischer
United States District Judge

Date: September 13, 2017
cc/ecf: All counsel of record.